IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-2046

OTTER PRODUCTS, LLC, a Colorado Limited Liability Company,

    Plaintiff,

v.

EMAX WIRELESS, INC., a California Corporation,

    Defendant.

## COMPLAINT AND JURY DEMAND

Plaintiff Otter Products, LLC ("OtterBox"), by and through its undersigned attorneys, for its Complaint against Emax Wireless, Inc. ("Emax") states as follows:

## PARTIES

1. Plaintiff OtterBox is a Colorado limited liability company with its principal place of business at 209 S. Meldrum Street, Fort Collins, Colorado 80521.

1

2. Upon information and belief, Defendant Emax Wireless, Inc. is a California Corporation with a principle place of business at 19973 Harrison Avenue, City of Industry, CA 91789.

## JURISDICTION AND VENUE

3. This is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 101, *et seq.*

4. This court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1338.

5. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 and 28 U.S.C. § 1400 because Emax is engaged in the regular, continuous, and systematic transaction of business in this judicial district, including the distribution, sale, and/or offer for sale of the following products through its website: iPhone 4S Armor Case w/ Stand, HTC EVO 4G Armor Case w/ Stand, HTC Wildfire S Armor Case (Metro PCS) w/ Stand, Huawei M835 Armor Case Style 2, LG MS840/Connect 4G Armor Case w/ Stand, LG LS855/Marquee Armor Case w/ Stand, Motorola MB855/Photon 4G/Electrify Armor Case with Stand, Motorola XT912/RAZR Armor Case w/ Stand, Motorola XT916/RAZR Maxx Armor Case w/ Stand, Samsung R720/Admire Armor Case w/ Stand, Samsung R920/Attain 4G/D600 Armor Case w/ Stand, Samsung D710/Epic Touch 4G Armor Case w/ Stand, Samsung i777 Galaxy S II (AT&T) Armor Case with Stand, Samsung i717/Galaxy Note Armor Case w/ Stand, Samsung M580/Replenish

Armor Case w/ Stand, Samsung T989/Galaxy S II Armor Case w/ Stand, ZTE X500/Score Armor Case w/ Stand, ZTE N860/Warp Armor Case w/ Stand.

## OTTERBOX'S INTELLECTUAL PROPERTY

6. On April 26, 2011, United States Patent No. 7,933,122 ("the '122 Patent"), entitled "PROTECTIVE ENCLOSURE FOR A COMPUTER," was duly and legally issued to Curtis R. Richardson, Alan Morine, Brian Thomas, Jamie Lee Johnson, and Jason Michael Thompson. A true and correct copy of the '122 Patent is attached as **Exhibit A**.

7. The '122 Patent is enforceable and, pursuant to 35 U.S.C. § 282, enjoys a statutory presumption of validity.

8. By assignment, OtterBox owns all rights, title, and interests in and to the '122 Patent, including, without limitation, the right to enforce these patents and collect damages for past infringement.

## FIRST CLAIM FOR RELIEF
### Infringement of U.S. Patent No. 7,933,122

9. OtterBox incorporates by reference paragraphs 1 through 8 as if set forth in their entirety.

10. Emax is making, using, selling, and/or offering to sell in the United States and/or importing into the United States the following products: iPhone 4S Armor Case w/ Stand, HTC EVO 4G Armor Case w/ Stand, HTC Wildfire S Armor Case (Metro PCS) w/ Stand, Huawei M835 Armor Case Style 2, LG MS840/Connect 4G Armor Case w/ Stand, LG LS855/Marquee Armor Case w/

3

Stand, Motorola MB855/Photon 4G/Electrify Armor Case with Stand, Motorola XT912/RAZR Armor Case w/ Stand, Motorola XT916/RAZR Maxx Armor Case w/ Stand, Samsung R720/Admire Armor Case w/ Stand, Samsung R920/Attain 4G/D600 Armor Case w/ Stand, Samsung D710/Epic Touch 4G Armor Case w/ Stand, Samsung i777 Galaxy S II (AT&T) Armor Case with Stand, Samsung i717/Galaxy Note Armor Case w/ Stand, Samsung M580/Replenish Armor Case w/ Stand, Samsung T989/Galaxy S II Armor Case w/ Stand, ZTE X500/Score Armor Case w/ Stand, ZTE N860/Warp Armor Case w/ Stand.

11.     Emax's activities in making, using, selling, and/or offering to sell in the United States and/or importing into the United States the following products constitute direct infringement of the '122 Patent, in violation of 35 U.S.C. § 271(a): iPhone 4S Armor Case w/ Stand, HTC EVO 4G Armor Case w/ Stand, HTC Wildfire S Armor Case (Metro PCS) w/ Stand, Huawei M835 Armor Case Style 2, LG MS840/Connect 4G Armor Case w/ Stand, LG LS855/Marquee Armor Case w/ Stand, Motorola MB855/Photon 4G/Electrify Armor Case with Stand, Motorola XT912/RAZR Armor Case w/ Stand, Motorola XT916/RAZR Maxx Armor Case w/ Stand, Samsung R720/Admire Armor Case w/ Stand, Samsung R920/Attain 4G/D600 Armor Case w/ Stand, Samsung D710/Epic Touch 4G Armor Case w/ Stand, Samsung i777 Galaxy S II (AT&T) Armor Case with Stand, Samsung i717/Galaxy Note Armor Case w/ Stand, Samsung M580/Replenish

Armor Case w/ Stand, Samsung T989/Galaxy S II Armor Case w/ Stand, ZTE X500/Score Armor Case w/ Stand, ZTE N860/Warp Armor Case w/ Stand.

12. Emax's infringement of the '122 Patent has caused and will continue to cause damage to OtterBox in an amount to be determined at trial.

13. Emax's infringement of the '122 Patent has caused and will continue to cause irreparable injury to OtterBox as to which there exists no adequate remedy at law. Defendants' infringement will continue unless enjoined by this Court.

## DEMAND FOR JURY TRIAL

14. OtterBox hereby requests a trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, OtterBox prays as follows on all claims:

A. For a temporary restraining order, and preliminary and permanent injunctions enjoining and restraining Emax, and all related entities or persons acting in concert with them, from manufacturing, selling, or offering for sale the following products: iPhone 4S Armor Case w/ Stand, HTC EVO 4G Armor Case w/ Stand, HTC Wildfire S Armor Case (Metro PCS) w/ Stand, Huawei M835 Armor Case Style 2, LG MS840/Connect 4G Armor Case w/ Stand, LG LS855/Marquee Armor Case w/ Stand, Motorola MB855/Photon 4G/Electrify Armor Case with Stand, Motorola XT912/RAZR Armor Case w/ Stand, Motorola XT916/RAZR Maxx Armor Case w/ Stand, Samsung

5

    R720/Admire Armor Case w/ Stand, Samsung R920/Attain 4G/D600 Armor Case w/ Stand, Samsung D710/Epic Touch 4G Armor Case w/ Stand, Samsung i777 Galaxy S II (AT&T) Armor Case with Stand, Samsung i717/Galaxy Note Armor Case w/ Stand, Samsung M580/Replenish Armor Case w/ Stand, Samsung T989/Galaxy S II Armor Case w/ Stand, ZTE X500/Score Armor Case w/ Stand, ZTE N860/Warp Armor Case w/ Stand.

B. For an award of OtterBox's damages as appropriate under the patent laws of the United States, comprising:

  (i) Lost profits, in an amount to be ascertained at trial;

  (ii) A reasonably royalty, in an amount to be ascertained at trial;

C. For its reasonable attorneys' fees and costs; and

D. For such other and further relief as the Court deems just and proper.

DATED: August 3, 2012    TURNER BOYD LLP

        */s/ Anna Lam*
        **Anna Lam**
        Karen I. Boyd
        Rachael Lamkin
        James W. Beard
        lam@turnerboyd.com
        boyd@turnerboyd.com
        lamkin@turnerboyd.com
        beard@turnerboyd.com

        2570 W. El Camino Real, Suite 380
        Mountain View, CA 94040

Telephone: (650) 521-5930
Facsimile: (650) 521-5931

*Attorneys for Otter Products, LLC,
d/b/a OtterBox*