IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-2046-CMA-KLM

OTTER PRODUCTS, LLC, a Colorado Limited Liability Company,

Plaintiff,

v.

EMAX WIRELESS, INC., a California Corporation,

Defendant.

# PLAINTIFF OTTER PRODUCTS, LLC'S ANSWER TO DEFENDANT'S COUNTERCLAIMS

Plaintiff Otter Products LLC ("OtterBox") respectfully submits the following Answer to Defendant Emax Wireless, Inc.'s ("Defendant") Counterclaims (Doc. No. 18).

1. Admitted.

2. Admitted.

## JURISDICTION AND VENUE

3. Admitted.

4. Admitted.

5. Admitted.

## COUNT ONE
## DECLARATORY JUDGMENT OF NON-INFRINGEMENT

6. This Paragraph contains no factual allegations requiring a response.

7. Admitted.

8. Denied.

9. Denied.

10. Denied.

## COUNT TWO
## DECLARATORY JUDGMENT OF INVALIDITY

11. This Paragraph contains no factual allegations requiring a response.

12. Admitted.

13. Denied.

14. Denied.

15. Denied.

## RELIEF REQUESTED

OtterBox denies that Defendant is entitled to any of the requested relief.

DATED: January 9, 2013

TURNER BOYD LLP

*/s/ James W. Beard*

James W. Beard
beard@turnerboyd.com
2570 W. El Camino Real, Suite 380
Mountain View, CA 94040
Telephone: (650) 521-5939
Facsimile: (650) 52105931

*Attorneys for Otter Products, LLC, d/b/a OtterBox*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the above *Answer to Defendant's Counterclaims* in the United States District Court for the District of Colorado, and that service will be automatically accomplished through Notice of Electronic Filing.

*/s/ James W. Beard*
James W. Beard