**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02046-CMA-KLM

OTTER PRODUCTS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

EMAX WIRELESS, INC., a California corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

The Court having reviewed the parties' Joint Motion to Dismiss (Doc. # 33) signed by the attorneys for the parties hereto, it is

ORDERED that the Motion is GRANTED and all claims by and against Plaintiff Otter Products, LLC, and Defendant EMAX Wireless, Inc., respectively, are DISMISSED WITH PREJUDICE.

DATED:  April  04 , 2013

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge